ORIGINAL

KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

DAVID R. CALLAWAY (CASBN 121782)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5596

Attorneys for Plaintiff

FILED
OCT 13 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ARMAND JOHN VALLE, and
ALEX ANTHONY MARTINEZ,

Defendant.

No. CR 05-00635 JW

STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING DATE FOR STATUS CONFERENCE AND EXCLUDING TIME

Date: October 17, 2005
Time: 1:30 p.m.

Before The Honorable James Ware

The above-named parties hereby agree and stipulate as follows:

**WHEREAS,**

1. This would be the parties' first appearance in the district court. The parties are engaged in settlement discussions to see whether an early disposition might be reached. Defense counsel are also reviewing the discovery that has been provided and would like additional time to do so;

2. The Assistant United States Attorney handling the case will be away on October 17, 2005, and would prefer to handle this matter himself rather than burden a colleague; and

3. The parties agree that the time occasioned by this continuance is excludible pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(i) and (iv);

DOCUMENT NO CSA's INITIALS
DISTRICT COURT CRIMINAL CASE PROCESSING

**IT IS THEREFORE STIPULATED AS FOLLOWS:**

The case should be continued for a trial setting conference to occur on **Monday, October 31, 2005, at 1:30 p.m., before The Honorable James Ware, United States District Judge.** Time between October 17 and October 31, 2005, should be excluded from the Speedy Trial clock for the reasons set forth above.

(see attached)
BRUCE C. FUNK
Counsel for Defendant Martinez
DATE:

(see attached)
LARA S. VINNARD
Counsel for Defendant Valle
DATE:

KEVIN V. RYAN
United States Attorney

DAVID R. CALLAWAY
Counsel for Plaintiff
DATE: 10/13/05

## ORDER

Based upon the foregoing Stipulation and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the trial setting conference scheduled for Monday, October 17, 2005 is **VACATED.** This matter is continued for a trial setting conference to occur on **Monday, October 31, 2005, at 1:30 p.m.**

**IT IS FURTHER ORDERED** that the time between October 17 and October 31, 2005 – a total of 14 days –shall be excluded from the computation the period within which the trial must commence, for the reasons and based upon the statutory provisions set forth above. The Court finds that the ends of justice outweigh the interests of the public and the parties in a speedier trial

**IT IS THEREFORE STIPULATED AS FOLLOWS:**

The case should be continued for a trial setting conference to occur on **Monday, October 31, 2005, at 1:30 p.m., before The Honorable James Ware, United States District Judge.** Time between October 17 and October 31, 2005, should be excluded from the Speedy Trial clock for the reasons set forth above.

BRUCE C. FUNK
Counsel for Defendant Martinez
DATE:

LARA S. VINNARD
Counsel for Defendant Valle
DATE:

KEVIN V. RYAN
United States Attorney

DAVID R. CALLAWAY
Counsel for Plaintiff
DATE:

**ORDER**

Based upon the foregoing Stipulation and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the trial setting conference scheduled for Monday, October 17, 2005 is **VACATED.** This matter is continued for a trial setting conference to occur on **Monday, October 31, 2005, at 1:30 p.m.**

**IT IS FURTHER ORDERED** that the time between October 17 and October 31, 2005 – a total of 14 days –shall be excluded from the computation the period within which the trial must commence, for the reasons and based upon the statutory provisions set forth above. The Court finds that the ends of justice outweigh the interests of the public and the parties in a speedier trial

**IT IS THEREFORE STIPULATED AS FOLLOWS:**

The case should be continued for a trial setting conference to occur on **Monday, October 31, 2005, at 1:30 p.m., before The Honorable James Ware, United States District Judge.** Time between October 17 and October 31, 2005, should be excluded from the Speedy Trial clock for the reasons set forth above.

______________________________
BRUCE C. FUNK
Counsel for Defendant Martinez
DATE:

LARA S. VINNARD
Counsel for Defendant Valle
DATE: 10/12/05

KEVIN V. RYAN
United States Attorney

______________________________
DAVID R. CALLAWAY
Counsel for Plaintiff
DATE:

**ORDER**

Based upon the foregoing Stipulation and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the trial setting conference scheduled for Monday, October 17, 2005 is **VACATED.** This matter is continued for a trial setting conference to occur on **Monday, October 31, 2005, at 1:30 p.m.**

**IT IS FURTHER ORDERED** that the time between October 17 and October 31, 2005 – a total of 14 days –shall be excluded from the computation the period within which the trial must commence, for the reasons and based upon the statutory provisions set forth above. The Court finds that the ends of justice outweigh the interests of the public and the parties in a speedier trial

based upon the grounds set forth above.

DATED: 10-13-05

JAMES WARE
United States District Judge

Distribute to:

Bruce C. Funk
46 W Santa Clara St
San Jose, CA 95113
Tel: (408) 280-6488
Fax: (408) 286-3139
Counsel for Mr. Martinez

Lara S. Vinnard
Assistant Federal Public Defender
160 W Santa Clara Street, Suite 575
San Jose, CA 95113-1700
Tel: (408) 291-7753
Fax: (408) 291-7399
Counsel for Mr. Valle

David R. Callaway
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Tel: (408) 535-5596
Fax: (408) 535-5066
Counsel for Plaintiff