1   BARRY J. PORTMAN
    Federal Public Defender
2   LARA S. VINNARD
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
4   Telephone:  (408) 291-7753

5   Counsel for Defendant VALLE

6

7               IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                       SAN JOSE DIVISION

10  UNITED STATES OF AMERICA,          )   No. CR 05-0635 JW
                                       )
11                       Plaintiff,    )   **STIPULATION TO CONTINUE**
    v.                                 )   **SENTENCING; [PROPOSED] ORDER**
                                       )
12  ARMAND VALLE,                      )
                         Defendant.    )
13  _____   )

14        Defendant and the government, through their respective counsel, hereby stipulate that,

15  subject to the court's approval, the sentencing hearing in the above-captioned matter, presently

16  scheduled for Monday, June 26, 2006, at 1:30 p.m., should be continued to Monday, July 17,

17  2006, at 1:30 p.m.

18        The continuance is requested because the defense is awaiting receipt of materials that are

19  relevant to allegations set forth in the criminal history section of the PSR.  The materials have

20  been requested from the California Board of Prison Terms, and pertain to a prior parole hearing

21  involving Mr. Valle.  U.S. Probation Officer Jack Roberson has been contacted and has no

22  objection to the proposed continuance.

23  Dated: 6/20/06                         _____/s/_____
                                           LARA S. VINNARD
24                                         Assistant Federal Public Defender

25  Dated: 6/19/06                         _____/s/_____
                                           DAVID CALLAWAY
26                                         Assistant United States Attorney

STIPULATION TO CONTINUE
SENTENCING HEARING
No. CR 05-0635 JW                          1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00635 JW |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER CONTINUING |
| | ) | SENTENCING HEARING |
| v. | ) | |
| | ) | |
| ARMAND VALLE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties have jointly requested a continuance of the sentencing hearing set for June 26, 2006, on grounds that the defense requires additional time to investigate issues raised in the draft PSR.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing hearing presently set for June 26, 2006, is continued to July 17, 2006, at 1:30 p.m.

Dated:    6/23/06

_____
JAMES WARE
United States District Judge

IT IS SO ORDERED
Judge James Ware

ORDER CONTINUING SENTENCING
No. CR 05-00635 JW                                        2