| | |
|---|---|
| 1 | BARRY J. PORTMAN<br>Federal Public Defender |
| 2 | LARA S. VINNARD<br>Assistant Federal Public Defender |
| 3 | 160 West Santa Clara Street, Suite 575<br>San Jose, CA 95113 |
| 4 | Telephone: (408) 291-7753 |
| 5 | Counsel for Defendant VALLE |

**FILED**

JUL 14 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 05-0635 JW |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION TO CONTINUE<br>) SENTENCING; [PROPOSED] ORDER |
| ARMAND VALLE, | ) |
| Defendant. | ) |

## STIPULATION

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the sentencing hearing in the above-captioned matter, presently scheduled for Monday, June 26, 2006, at 1:30 p.m., should be continued to Monday, July 17, 2006, at 1:30 p.m.

The continuance is requested because the defense is awaiting receipt of materials that are relevant to allegations set forth in the criminal history section of the PSR. The materials have been requested from the California Board of Prison Terms, and pertain to a prior parole hearing involving Mr. Valle. Because this information may require modification to the PSR, the Probation Office has agreed to delay preparation of the final PSR. U.S. Probation Officer Jack Roberson has been contacted and has no objection to the proposed continuance.

STIPULATION TO CONTINUE
SENTENCING; [PROPOSED] ORDER
No. CR 05-0635 JW                        1

1 | Dated: 7/14/06

/s/
LARA S. VINNARD
Assistant Federal Public Defender

3 | Dated: 7/14/06

/s/
DAVID CALLAWAY
Assistant United States Attorney

## ORDER

The parties have jointly requested a continuance of the sentencing hearing set for July 17, 2006, on grounds that the defense is awaiting materials from the California Board of Prison Terms, and thus requires additional time to investigate issues raised in the draft PSR.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing hearing presently set for July 17, 2006, is continued to September 11, 2006, at 1:30 p.m.

Dated: July 14, 2006

JAMES WARE
United States District Judge

STIPULATION TO CONTINUE
SENTENCING; [PROPOSED] ORDER
No. CR 05-0635 JW

2